BANKERS TRUST COMPANY, EXECUTOR, ET AL. *v.* ZONING
BOARD OF APPEALS OF THE TOWN OF WESTON

The defendant's "Motion to Compel Correction of Finding," treated as a motion for rectification of appeal from the Court of Common Pleas in Fairfield County at Stamford, is granted to the extent that the trial court is ordered to include in its finding any claims of law made by the defendant and its rulings thereon.

*Bernard Glazer,* in support of the motion.

Submitted June 12—decided June 26, 1972

MICHAEL CIVITELLO ET AL. *v.* BOARD OF ZONING
APPEALS OF THE CITY OF NEW HAVEN ET AL.

The petition by the defendant Bernard Weinstein for certification for appeal from the Court of Common Pleas in New Haven County is denied.

*Charles G. Albom,* in support of the petition.

*Joseph J. Sensale,* in opposition.

Submitted June 13—decided June 26, 1972

JERRYL L. KEANE *v.* PHILIP H. SMITH

The motion by the plaintiff for an extension of time to obtain a finding in the appeal from the Superior Court in Litchfield County is denied.